# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TATYANA BRODSKY,

    *Plaintiff,*

v.

PLEASE TOUCH MUSEUM,

    *Defendant.*

CIVIL ACTION

NO.: 2:14-cv-04998-SD

## STIPULATION REMANDING ACTION TO THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY

The parties, by and through their undersigned counsel, Alexander Granovsky, Esquire for plaintiffs, and Heather M. Eichenbaum, Esquire, for the Defendant, hereby STIPULATE and AGREE to the REMAND of this action to the Court of Common Pleas of Philadelphia County, Pennsylvania, without assessment of costs or fees as to either party.

Dated: 09.08.14

_____
Alexander Granovsky, Esquire
Attorney for Plaintiff, Tatyana Brodsky
9831 Bustleton Avenue, Suite #2
Philadelphia, PA 19115
215-992-6696; 215-992-6695 (fax)

Dated: 9/8/14

_____
Heather M. Eichenbaum, Esquire
Attorney for Defendant, Please Touch Museum
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Seven Penn Center
Philadelphia, PA 19103
215-241-8856; (215) 531-9129 (fax)

1954597_v1